UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:14-cr-2-01.

v.        HON. JANET T. NEFF

Peter Louis Meshigaud,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On October 25, 2018 amended June 25, 2019, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging three violations of the defendant's conditions of supervised release.

An initial appearance was conducted on March 7, 2019 and a preliminary hearing was held on May 7, 2019.

On June 28, 2019, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge. Thereafter, the defendant admitted to violation #3 as set forth in the amended petition. For the reasons stated on the record, it is recommended that the Court find the defendant did violate the condition of supervised release as set forth in violation #3  of the

petition and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date: June 28, 2019                           /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).